570 A.2d 973

IN THE MATTER OF EDUCATION TESTING SERVICE.

November 2, 1989.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See —— *N.J.* ——)

570 A.2d 973

STATE OF NEW JERSEY v. EDWARD KENNETH WILLIAMS.

November 6, 1989.

Petition for certification denied.

570 A.2d 973

STATE OF NEW JERSEY v. FRAZIER GIBSON.

November 6, 1989.

Petition for certification denied.

570 A.2d 973

STATE OF NEW JERSEY v. WILLIAM WARNEY SMITH.

November 6, 1989.

Petition for certification denied.